NEW JERSEY JUNCTION RAILROAD COMPANY et al., complainants-appellants,

*v.*

ERIE RAILROAD COMPANY et al., defendants-respondents.

[Decided January 3d, 1941.]

500

501

*Messrs. Wall, Haight, Carey & Hartpence,* for the appellants.

*Messrs. Collins & Corbin,* for the respondents.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion delivered by Vice-Chancellor Fielder in the Court of Chancery.

*For affirmance*—The Chief-Justice, Case, Bodine, Donges, Heher, Perskie, Porter, Dear, Wells, Wolfskeil, Rafferty, Hague, JJ. 12.

*For reversal*—None.